NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FASTLINKS, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1571

---

Appeal from the Armed Services Board of Contract Appeals in no. 57170, Administrative Judge Michael T. Paul.

---

## ON MOTION

---

## ORDER

Fastlinks, Inc. moves for an extension of time, until February 2, 2012, to file its entry of appearance, application for admission to the bar, and its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Fastlinks, Inc.'s entry of appearance, application for admission to the bar, and initial brief are due within 60 days of the date of filing of this order.

FOR THE COURT


<u>OCT 2 7 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Olamide O. Bello
    Corinne A. Niosi, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK